B5 (Official Form 5) (12/07)

| United States Bankruptcy Court<br><br>_____Northern_____ District of _____Illinois_____ | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br>Ganesan Visvabharathy | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN<br>(If more than one, state all.):    xxx-xx-9428 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>7529 Ridgewood Lane<br>Burr Ridge, IL 60527 | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Hawthorn Development Corporation (Cook County)<br>222 East Pearson, Suite 709                                    ZIP CODE<br>Chicago, IL 60611 | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)
Cook County, IL

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☒ Chapter 7    ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☒ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☒ Individual (Includes Joint Debtor)<br>☐ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)<br>_____ | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>   11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☒ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☒ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☒ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>         or<br>   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B5 (Official Form 5) (12/07) – Page 2        Name of Debtor  Ganesan Visvabharathy

Case No. _____

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| Signature of Petitioner or Representative (State title) | Signature of Attorney | Date |
|---|---|---|
| x _____ | x _____ | 4/18/08 |
| IndyMac Bank, F.S.B.    4/18/08 | Levenfeld Pearlstein, LLC | |
| Name of Petitioner     Date Signed | Name of Attorney Firm (If any) | |
| Name & Mailing Address of Individual Signing in Representative Capacity: Brian Walsh, Vice President, 233 S. Wacker Drive, Suite 4620, Chicago, IL 60606 | Address: 2 North LaSalle Street, Suite 1300, Chicago, IL 60602  Telephone No. 312/346-8380 | |
| x  Todd Camp | x _____ | 4/18/08 |
| IBA, LLC    4/18/08 | Levenfeld Pearlstein, LLC | |
| Name of Petitioner     Date Signed | Name of Attorney Firm (If any) | |
| Name & Mailing Address of Individual Signing in Representative Capacity: Todd Camp, First Vice President, 233 S. Wacker Drive, Suite 4620, Chicago, IL 60606 | Address: 2 North LaSalle Street, Suite 1300, Chicago, IL 60602  Telephone No. 312/346-8380 | |
| x _____ | x _____ | 4/ /08 |
| Lisle Technology Partners, LLC    4/ /08 | The Roth Law Firm | |
| Name of Petitioner     Date Signed | Name of Attorney Firm (If any) | |
| Name & Mailing Address of Individual Signing in Representative Capacity: Dr. Adarsh Arora, President, 650 Warrenville Road, Suite 100, Lisle, IL 60532 | Address: 47 East Chicago Avenue, Ste. 360, Naperville, IL 60540  Telephone No. 630-778-1100 | |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| IndyMac Bank, F.S.B., 155 N. Lake Avenue, LK-11-19, Pasadena, CA 911 | Personal Guaranty | $10,000,000.00 * |
| IBA, LLC, 3465 E. Foothill Blvd., FH-01-09, Pasadena, CA 91107 | Judgment on personal guaranty | $10,348,488.62 * |
| Lisle Technology Partners, LLC, 650 Warrenville Road, Ste. 100, Lisle, IL 60532 | Agreed Judgment | $68,000.00 ** |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims  $20,416,488.62

___ continuation sheets attached

\* The IndyMac Bank, F.S.B and IBA, LLC claims are guarantee actions against the Debtor. IndyMac Bank, F.S.B. and IBA, LLC have security interests in entities that the Debtor has guaranteed which are at best, partially secured. Nothing contained in this petition is deemed a waiver by the petitioning creditors of any security interest in such non-debtor collateral except to the extent necessary to meet the threshold qualifications in Section 303 of the Bankruptcy Code.

\*\* Judgment has been recorded and to the extent of any security interest in property, Lisle does not waive any of its secured claims against the Debtor except to the extent necessary to meet the threshold qualifications in Section 303 of the Bankruptcy Code.

B5 (Official Form 5) (12/07) – Page 2

Name of Debtor: Ganesan Visvabharathy

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x_____
Signature of Petitioner or Representative (State title)
IndyMac Bank, F.S.B.                    4/    /08
Name of Petitioner                      Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Brian Walsh, Vice President
233 S. Wacker Drive, Suite 4620
Chicago, IL 60606

x_____   4/    /08
Signature of Attorney                         Date
Levenfeld Pearlstein, LLC
Name of Attorney Firm (If any)
Address
2 North LaSalle Street, Suite 1300
Chicago, IL 60602

Telephone No. 312/346-8380

x_____
Signature of Petitioner or Representative (State title)
IBA, LLC                                 4/    /08
Name of Petitioner                       Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Todd Camp, First Vice President
233 S. Wacker Drive, Suite 4620
Chicago, IL 60606

x_____   4/    /08
Signature of Attorney                         Date
Levenfeld Pearlstein, LLC
Name of Attorney Firm (If any)
Address
2 North LaSalle Street, Suite 1300
Chicago, IL 60602

Telephone No. 312/346-8380

x /s/ Adarsh K. Arora, President
Signature of Petitioner or Representative (State title)
Lisle Technology Partners, LLC        4/18/08
Name of Petitioner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Dr. Adarsh Arora, President
650 Warrenville Road, Suite 100
Lisle, IL 60532

x_____   4/18/08
Signature of Attorney                         Date
The Roth Law Firm
Name of Attorney Firm (If any)
Address
47 East Chicago Avenue, Ste. 360
Naperville, IL 60540

Telephone No. 630-778-1100

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| IndyMac Bank, F.S.B. 155 N. Lake Avenue, LK-11-19, Pasadena, CA 911 | Personal Guaranty | $10,000,000.00 * |
| IBA, LLC 3465 E. Foothill Blvd., FH-01-09, Pasadena, CA 91107 | Judgment on personal guaranty | $10,348,488.62 * |
| Lisle Technology Partners, LLC 650 Warrenville, Ste. 100, Lisle, IL 60532 | Agreed Judgment | $68,000.00 ** |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | $20,416,488.62 |

_____ continuation sheets attached

* The IndyMac Bank, F.S.B and IBA, LLC claims are guarantee actions against the Debtor. IndyMac Bank, F.S.B. and IBA, LLC have security interests in entities that the Debtor has guaranteed which are at best, partially secured. Nothing contained in this petition is deemed a waiver by the petitioning creditors of any security interest in such non-debtor collateral except to the extent necessary to meet the threshold qualifications in Section 303 of the Bankruptcy Code.

** Judgment has been recorded and to the extent of any security interest in property, Lisle does not waive any of its secured claims against the Debtor except to the extent necessary to meet the threshold qualifications in Section 303 of the Bankruptcy Code.